UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:18-04224 MWF (ADS)　　　　　　　　　Date: October 4, 2019

Title: *Robert Green Maeschack v. Dr. Parrar, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**　　**(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

　　On May 18, 2018, Plaintiff Robert Green Maeschack, an inmate at California Men's Colony, filed a civil rights Complaint under 42 U.S.C. § 1983. [Dkt. No. 1]. On May 29, 2019, the Court dismissed the Complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint by no later than June 28, 2019. [Dkt. No. 7]. As of the date of this order, the Court has not received a First Amended Complaint or any response to the Order Dismissing with Leave to Amend from Plaintiff.

　　Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**. Plaintiff must file a written response by no later than **October 25, 2019**. Plaintiff may respond to this Order to Show Cause by (a) filing a First Amended Complaint; or (b) filing a statement with the Court indicating the desire to continue to move forward with the Complaint despite the weaknesses noted by the Court in the Order Dismissing with Leave to Amend.

　　Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be

**CIVIL MINUTES – GENERAL**

Case No.:  2:18-04224 MWF (ADS)                                    Date:  October 4, 2019

Title:  *Robert Green Maeschack v. Dr. Parrar, et al.*

dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk kh